478 P.2d 559

**Lea R. MENZI, Petitioner,**

v.

**Honorable Robert W. REIDY, District Judge,
Second Judicial District Court, State
of New Mexico, Respondent.**

**No. 9187.**

Supreme Court of New Mexico.

Jan. 6, 1971.

Original Mandamus Proceeding

Ordered that the writ of mandamus heretofore issued in this cause on December 23, 1970, be and the same is hereby quashed.

478 P.2d 559

**Boyd L. O'DELL, Petitioner,**

v.

**Grace E. GARRETT, Individually, and as
Executrix of the Estate of James M. Mc-
Allister, Deceased, and Velma Commelaere,
and Citizens State Bank of Springer, New
Mexico, Respondents.**

**No. 9177.**

Supreme Court of New Mexico.

Dec. 23, 1970.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 557, 82 N.M. 240, 478 P.2d 568 be and the same is hereby returned to the Clerk of the Court of Appeals.

478 P.2d 559

**STATE ex rel. Jeanniene SCHMITT,
Petitioner,**

v.

**The DISTRICT COURT OF the SECOND
JUDICIAL DISTRICT sitting WITHIN
AND FOR the COUNTY OF BERNALIL-
LO, D. A. MacPherson, Jr., Judge, Divi-
sion IV, Respondent.**

**No. 9184.**

Supreme Court of New Mexico.

Jan. 6, 1971.

Original Prohibition Proceeding

Ordered that the alternative writ of prohibition heretofore issued in this cause on December 22, 1970, be and the same is hereby quashed.